SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUG SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0192 SI |
|    Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 27, 2007 TO AUGUST 17, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
|    v. ) | |
| ROHELIO MARTINEZ-HERRERA, ) | |
|    Defendant. ) | |

On July 27, 2007, the parties appeared before Your Honor. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea before your Honor on August 17, 2007, at 11 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 27, 2007 to August 17, 2007. The parties agreed, and the Court found and held, as follows:

    1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in

STIPULATION AND [PROPOSED] ORDER
CR 07-0192 SI

1  discovery and other case preparation, and because the defendant's petition for coram nobis
2  challenging one of his prior convictions is still pending in another court.  Resolution of the
3  instant case is dependent on resolution of that petition.
4      2. Given these circumstances, the Court found that the ends of justice served by
5  excluding the period from July 27, 2007 to August 17, 2007 outweighed the best interest of the
6  public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
8  from July 27, 2007 to August 17, 2007 be excluded from Speedy Trial Act calculations under 18
9  U.S.C. § 3161(h)(8)(A) & (B)(iv).
10     4. The Court scheduled a change of plea before your Honor on August 17, 2007, at 11
11 a.m.
12     IT IS SO STIPULATED.

DATED: July 31, 2007                    /s/
                                         ERIKA R. FRICK
                                         Assistant United States Attorney

DATED: July 31, 2007                    /s/
                                         JOSH COHEN
                                         Attorney for Rohelio Martinez-Herrera

**IT IS SO ORDERED.**

DATED:_____
                                         THE HON. SUSAN ILLSTON
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0192 SI                                           2