|   |   |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | JOSH COHEN<br>Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building<br>450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102<br>(415) 436-7700 |
| 5 | |
| 6 | Counsel for Defendant MARTINEZ-HERRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0192 SI |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS** |
| v. | ) ) | **CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL** |
| ROGELIO MARTINEZ-HERRERA, | ) ) | **ACT** |
| Defendant. | ) ) |   |
| _____ | ) |   |

Defendant Rogelio Martinez-Herrera is presently before the Court on an indictment charging him with illegal reentry, in violation of 8 U.S.C. § 1326. Mr. Martinez-Herrera is presently scheduled to appear for status or change of plea on August 17, 2007.

Mr. Martinez-Herrera is awaiting a ruling in Humboldt County on his petition for a writ of *coram nobis* that would vacate a conviction he sustained in 1998. Whether or not this conviction is vacated will have a significant impact on the resolution of the criminal case.

Mr. Martinez-Herrera's public defender in Humboldt County has advised undersigned counsel that briefing on the *coram nobis* petition is complete and a hearing has been set for August 31, 2007. A ruling on the motion is anticipated on that date. Accordingly, the parties agree and stipulate that the status conference on August 17, 2007 should be vacated, and that the

CR 07-0192 SI; STIP TO CONTINUE AND
EXCLUDE TIME                                         1

matter should be set for change of plea or trial setting on September 14, 2007 at 11:00 a.m. The parties further agree and stipulate that the time from August 17, 2007 through September 14, 2007 should be excluded under the Speedy Trial Act for effective preparation of the defense, taking into account the need for defense counsel to consult with counsel in the state-court matter.

IT IS SO STIPULATED.

Dated: 8/13/07  \_\_\_\_/s/_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 8/13/07  \_\_\_\_/s/_____
SCOTT N. SCHOOLS
United States Attorney
ERIKA FRICK
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the Court orders that the status conference in this matter presently scheduled for August 17, 2007 is vacated. The parties are directed to appear for change of plea or trial setting on September 14, 2007 at 11:00 AM.

The Court further orders that the time from August 17, 2007 through September 14, 2007 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's determination that the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation of his defense, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

CR 07-0192 SI; STIP TO CONTINUE AND
EXCLUDE TIME                              2